IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRATED SPORTS MEDIA, INC., | No. C 10-03997 CW |
| Plaintiff, | ORDER RE DEFAULT |
| v. | |
| CAMPOS, et al, | |
| Defendants. | |

Default having been entered by the Clerk on November 30, 2010,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, December 21, 2010 is continued to Tuesday, March 22, 2011.

Dated: 12/2/2010

CLAUDIA WILKEN
United States District Judge

cc: Sue