IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRATED SPORTS MEDIA, INC., | No. 10cv3997 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |
| v. | |
| WALTER CAMPOS, et al., | |
| Defendants. | |

The Court has reviewed Magistrate Judge Larson's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' motion for default judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 2/22/2011

CLAUDIA WILKEN
United States District Judge